James K. Hill, as Executor, etc., of George G. Bennett, Deceased, Plaintiff, v. James W. Harway and Others, Defendants. People's Trust Company, as Sub-

stituted Trustee under the Last Will and Testament of George G. Bennett, Deceased, in the Place and Stead of James K. Hill, Deceased, Appellant; Charles B. Hill, Individually and as Executor, etc., of James K. Hill, Deceased, Respondent.— Appeal dismissed on argument, with ten dollars costs and disbursements. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred. Settle order before the presiding justice.